LOUISVILLE & JEFFERSONVILLE BRIDGE CO. v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. June 30, 1919.) No. 3016. In Error to the District Court of the United States for the Western District of Kentucky; Walter Evans, Judge. For opinion below, see 236 Fed. 1001. Alex P. Humph-

rey and Edw. P. Humphrey, both of Louisville, Ky., for plaintiff in error. Perry B. Miller, U. S. Atty., of Louisville, Ky., and Philip J. Doherty, Sp. Asst. U. S. Atty., of Washington, D. C.

PER CURIAM. Judgment affirmed.